# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN JACOBO GARCIA,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 69458

FILED

FEB 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Appellant filed this pro se appeal on December 17, 2015. On January 19, 2016, appellant filed a motion seeking voluntarily dismissal of this appeal. Cause appearing, we grant the motion, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:  Hon. Michelle Leavitt, District Judge
     Juan Jacobo Garcia
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-03324